IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RENEE TOLBERT-TAYLOR,

    Plaintiff,

v.                                                                                              CV No. 19-195 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Briefing Deadlines*, (Doc. 16), filed August 5, 2019. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision on or before **August 19, 2019**;

2. Defendant shall file a Response on or before **October 18, 2019**; and

3. Plaintiff may file a Reply on or before **November 1, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE