IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RENEE TOLBERT TAYLOR,

    Plaintiff,

v.                                                         No CV. 19-195 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING DEFENDANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

**THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's *First Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 21), filed October 17, 2019. In his Motion, Defendant Commissioner requests an extension of time until November 18, 2019, to file his answer in the above-captioned case. (Doc. 21 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Commissioner shall have until **November 18, 2019**, to file his answer or other responsive pleading to Plaintiff Renee Tolbert Taylor's Complaint.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE