# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RENEE TOLBERT TAYLOR,

    Plaintiff,

v.                                          No CV. 19-195 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

    Defendant.

## AMENDED ORDER GRANTING DEFENDANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

**THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's ("Defendant") *First Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 21), filed October 17, 2019. In his Motion, Defendant requests an extension of time until November 18, 2019, to file his response to Plaintiff Renee Tolbert Taylor's ("Plaintiff") *Motion To Reverse And Remand For A Rehearing* ("Motion to Reverse"), (Doc. 18), filed August 7, 2019. (Doc. 21 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **November 18, 2019**, to file his response to Plaintiff's Motion to Reverse. Thus, Plaintiff will have until **December 2, 2019**, to file her reply to Defendant's response to the Motion to Reverse.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE