# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RENEE TOLBERT TAYLOR,

    Plaintiff,

v.                                               No CV. 19-195 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE REPLY BRIEF

**THIS MATTER** is before the Court on Plaintiff Renee Tolbert Taylor's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 26), filed December 2, 2019. In her Motion, Plaintiff requests an extension of time until December 9, 2019, to file her Reply in the above-captioned case. (Doc. 26 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **December 9, 2019**, to file her Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE