## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RENEE TOLBERT-TAYLOR,

    Plaintiff,

v.                                                          No. CV 19-195 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

    Defendant

## FINAL JUDGMENT

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 30), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse and Remand for a Rehearing with Supportive Memorandum*, (Doc. 18), shall be **GRANTED** and this case shall be **REMANDED** to the Commissioner for further proceedings consistent with this opinion.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE